396 A.2d 826

Commonwealth v. Paullet, Appellant.

Argued October 24, 1978. Homer W. King, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.